634

404 A.2d 1353

Commonwealth v. Glover, Appellant.

Submitted March 29, 1978.  Benjamin Lerner, Public Defender, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

404 A.2d 1352

Commonwealth v. Eddie Jones, Appellant.

Submitted June 12, 1978.  Richard I. Moore, for appellant;  Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.